**Order filed August 20, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00722-CV
_____

### OLIVIA FLORES, Appellant

### V.

### SONIC AUTOMOTIVE OF TEXAS, L.P., D/B/A LONE STAR FORD, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-49073**

## O R D E R

The clerk's record was filed November 29, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain "*Petitioner Sonic Automotive of Texas, L.P. d/b/a Lone Star Ford's Motion for Summary Judgment on Bill of Review*," filed on or about October 12, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 3, 2013, containing *"Petitioner Sonic Automotive of Texas, L.P. d/b/a Lone Star Ford's Motion for Summary Judgment on Bill of Review,"* filed on or about October 12, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM